**PENNSYLVANIA STATE
POLICE, Petitioner,**

v.

**George W. CRIST, Respondent.**

Supreme Court of Pennsylvania.

July 13, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of July, 2004, the Petition for Allowance of Appeal is **GRANTED** and the order of the Commonwealth Court is hereby **REVERSED.** *See*

*Pennsylvania State Police v. Paulshock,* 575 Pa. 378, 836 A.2d 110 (2003). Jurisdiction relinquished.